UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES M. MALCOLM,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.  CV-12-0057-FVS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The Commissioner is directed to make an immediate award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**.

Judgment is entered for Plaintiff.

DATED:  June 20, 2013

                    SEAN F. McAVOY
                    Clerk of Court

                By: *s/Cora Vargas*
                    Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE